**FIRST DIVISION**
**DILLARD, P. J.,**
**RICKMAN. P. J., and PIPKIN,** J.

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**February 4, 2026**

# In the Court of Appeals of Georgia

A24A0509. ULTRA GROUP OF COMPANIES, INC. v. PRINCE AND PRINCE, LLC et al.

PIPKIN, Judge.

In *Ultra Group of Companies, Inc. v. Prince and Prince, LLC*, ____ Ga. ____ (921 SE2d 290) (2025), the Georgia Supreme Court reversed our order under Court of Appeals Rule 36 affirming without opinion the Fulton County Superior Court's judgment dismissing Ultra's appeal from a decision of the Georgia Lottery Corporation. Accordingly, we vacate our Rule 36 order, make the opinion of the Supreme Court the opinion of this Court, and reverse the superior court's judgment.

*Judgment reversed. Dillard, P. J., and Rickman, P. J., concur.*